**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BENTLEY A. HOLLANDER,                    :          CIVIL ACTION
                                         :
                    Plaintiff/Relator,   :
          v.                             :
                                         :
RANBAXY LABORATORIES INC.,               :          NO. 10-793
                                         :
                    Defendant.           :

## ORDER

AND NOW, this   28th    day of December, 2010, upon careful consideration of

Defendant's Motion to Dismiss (ECF No. 15), Plaintiff's Motion Pursuant to Fed. R. Civ. P.

12(c) for Judgment on the Pleadings on the Issue of Liability (ECF No. 20), and the parties'

briefing and supplemental authority, it is hereby ORDERED that the Motions are DENIED.  A

Memorandum will follow.

                              BY THE COURT:

                              s/Timothy Savage for

                              _____
                              Michael M. Baylson, U.S.D.J.

O:\Todd\10-793 Hollander v. Ranbaxy\Hollander - MTD Order.wpd