IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENTLEY A. HOLLANDER, | ) Civil Action No. 10-cv-793 |
| Plaintiff, | ) Honorable Michael M. Baylson |
| v. | ) |
| RANBAXY LABORATORIES, INC., | ) ELECTRONICALLY FILED |
| Defendant. | ) |

## RANBAXY LABORATORIES, INC.'S OBECTION TO THE COURT LIFTING THE SEAL ON DOCUMENTS FILED UNDER SEAL

On August 1, 2014, the Clerk entered a Notice [Doc. 102] notifying the parties that any documents filed under seal would be unsealed, absent an objection. Pursuant to Local Rule 5.1.5(c) and the Clerk's Notice, Defendant Ranbaxy Laboratories, Inc. ("Ranbaxy") hereby objects to the unsealing of confidential documents [Dkt. Nos. 54, 58, 60, 65, 69, 84, and 85] pursuant to Local Rule 5.1.5(c). These documents include Ranbaxy's confidential information, the public disclosure of which would place Ranbaxy at a competitive disadvantage in the marketplace and/or cause Ranbaxy undue embarrassment.

Ranbaxy respectfully requests that the Court enter an Order directing that Dkt. Nos. 54, 58, 60, 65, 69, 84, and 85 either remain under seal or be returned to Ranbaxy for destruction. The undersigned is available to discuss Ranbaxy's objections or to provide any further information that the Court may need.

-1-

3312971-1

Dated:  September 29, 2014    By:  /s/ John J. O'Malley
                                                      John J. O'Malley, Esquire (I.D. No. 68,222)
Volpe and Koenig, P.C.
United Plaza
30 S. 17th Street
Philadelphia, PA  19103
Telephone: (215) 568-6400
Facsimile: (215) 568-6499

Darrell L. Olson (Admitted Pro Hac Vice)
dolson@kmob.com
Joseph M. Reisman (Admitted Pro Hac Vice)
jreisman@kmob.com
Ali Razai (Admitted Pro Hac Vice)
ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Fl.
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Defendant*
*RANBAXY LABORATORIES, INC.*

3312971-1

-1-

## CERTIFICATE OF SERVICE

I, declare under penalty of perjury that a copy of the foregoing OBJECTION TO THE COURT LIFTING THE SEAL ON DOCUMENTS FILED UNDER SEAL was filed and served electronically, and is available for viewing and downloading through the Court's ECF system and was served via the Court's electronic filing system on the following persons:

>Jacob C. Cohn, Esquire
>Ilan Rosenberg, Esquire
>COZEN O'CONNOR
>19000 Market Street
>Philadelphia, PA  19103

Date: September 29, 2014    By: /s/ John J. O'Malley
>John J. O'Malley, Esquire (I.D. No. 68,222)
>Volpe and Koenig, P.C.
>United Plaza
>30 S. 17th Street
>Philadelphia, PA  19103
>Telephone: (215) 568-6400
>Facsimile: (215) 568-6499

18965428